COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

David A. Jones
Louisiana State Prison DOC No. 474468
Main Prison     Oak-2
Angola, LA 70712

REHEARING ACTION: March 28, 2012

**Docket Number: 10   01429-KH**

**STATE OF LOUISIANA
VERSUS
DAVID A. JONES**

**Writ Application from Lafayette Parish Case No. 95550**

**BEFORE JUDGES:**

**Hon. Oswald A. Decuir
Hon. Billy Howard Ezell
Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David A. Jones** has this day been

**DENIED.**

cc: Michael Harson, Counsel for  the Respondent